## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MODERNICA, INC.,<br><br>　　　　　　Defendant. | Case No. 6:24-cv-00175-DNH-TWD |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Christopher Walters filed the above-referenced case against Defendant Modernica, Inc. on February 5, 2024.

2. Whereas Defendant never answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint without prejudice.

Dated: March 26, 2024　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　Pittsburgh, PA 15243

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Christopher Walters*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of March 2024.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
