IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>Plaintiff,<br>v.<br><br>MODERNICA, INC.,<br><br>Defendant. | Case No. 6:24-cv-00175-DNH-TWD |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Christopher Walters filed the above-referenced case against Defendant Modernica, Inc. on February 5, 2024.

2. Whereas Defendant never answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint without prejudice.

Dated: March 26, 2024                    Respectfully Submitted,

/s/ Benjamin Sweet
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiff Christopher Walters*

IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 03-27-2024